IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 278

| | |
|---|---|
| T.A. AS GUARDIAN AD LITEM OF MINOR CHILD, H.S., )<br><br>Plaintiff, )<br><br>V )<br><br>BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, LINDA BRADSHAW, JOHN DOES 1-10, AND MICHAEL ANDREW ALEXANDER, )<br><br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on H. Kent Crowe's Application for Admission to Practice *Pro Hac Vice* of Charles Michael Bee. It appearing that Charles Michael Bee is a member in good standing with the West Virginia State Bar and will be appearing with H. Kent Crowe, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that H. Kent Crowe's Application for Admission to Practice *Pro Hac Vice* (#15) of Charles Michael Bee is **GRANTED**,

and that Charles Michael Bee is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with H. Kent Crowe.

Signed: July 1, 2014

Dennis L. Howell
United States Magistrate Judge