# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| T.A., as guardian *ad litem* of Minor Child, H.S., ) ) ) Plaintiff, ) ) vs. ) ) ) BURKE COUNTY PUBLIC SCHOOLS ) BOARD OF EDUCATION, et al., ) ) Defendants. ) _____ ) ) A.M., as guardian *ad litem* of ) Minor Child, K.M., ) ) Plaintiff, ) ) vs. ) ) ) BURKE COUNTY PUBLIC SCHOOLS ) BOARD OF EDUCATION, et al., ) ) Defendants. ) _____ ) | CIVIL CASE NO. 1:13-CV-00278-MR-DLH CIVIL CASE NO. 1:13-CV-00279-MR-DLH O R D E R |

**THESE MATTERS** are before the Court on the Mediator's Reports advising that these matters have been settled except as to the claims pending against Defendant Michael Andrew Alexander [No. 1:13-cv-00278-MR-DLH, Doc. 51; No. 1:13-cv-00279-MR-DLH, Doc. 47].

In light of the Mediator's Reports, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

(1) Plaintiffs shall have thirty (30) days from the entry of this Order to file all appropriate documents for the approval of the minors' settlements;

(2) The parties' motions pending in the lead case, 1:13-cv-278-MR-DLH, are **DENIED AS MOOT**;

(3) In light of the parties' settlement of the claims pending against the Defendants (with the exception of Defendant Alexander), these cases are **CONTINUED** from the March 2015 trial calendar; and

(4) The Court will conduct a status conference regarding the Plaintiffs' remaining claims against Defendant Alexander at the time that the Court conducts a hearing for the approval of the minors' settlements.

**IT IS SO ORDERED.**

Signed: January 23, 2015

Martin Reidinger
United States District Judge