# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| T.A., as guardian *ad litem* of Minor Child, H.S., <br><br> Plaintiff, <br><br> vs. <br><br> BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, et al., <br><br> Defendants. | CIVIL CASE NO. 1:13-CV-00278-MR-DLH (LEAD CASE) <br><br><br><br> <u>**DISMISSAL ORDER**</u> |
| A.M., as guardian *ad litem* of Minor Child, K.M., <br><br> Plaintiff, <br><br> vs. <br><br> BURKE COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, et al., <br><br> Defendants. | CIVIL CASE NO. 1:13-CV-00279-MR-DLH |

**THESE MATTERS** are before the Court on the Defendants' Notice of Disbursement of Settlement Funds. [Doc. 67]. The Defendants' Notice advises the Court that all conditions precedent to the dismissal of all

Defendants, with the exception of Defendant Alexander, as set forth in the Court's settlement Order [Doc. 65] have been satisfied. In light of the Defendants' Notice, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

(1) These matters are hereby dismissed with prejudice as to all Defendants with the exception of Defendant Michael Andrew Alexander;

(2) No costs are assessed to any party; and

(3) The Court shall schedule a pretrial conference regarding the Plaintiffs' remaining claims against Defendant Alexander and shall notify the parties forthwith.

**IT IS SO ORDERED.**

Signed: April 27, 2015

Martin Reidinger
United States District Judge